CITY OF LOS ANGELES ET AL. *v.* PUBLIC
UTILITIES COMMISSION OF
CALIFORNIA ET AL.

No. 656.   Decided March 23, 1959.

*Roger Arnebergh, Alan G. Campbell* and *Walhfred Jacobson* for appellants.

*J. Thomason Phelps* for appellees. *Arthur T. George, Francis N. Marshall, John Robert Jones, Alvin H. Pelavin* and *Warren A. Palmer* for the Pacific Telephone & Telegraph Co. et al., appellees.

Briefs of *amici curiae* urging reversal were filed by *John C. Banks, Walter J. Mattison, John C. Melaniphy, J. Elliott Drinard, Claude V. Jones, Charles S. Rhyne* and *J. Parker Connor* for the Member Municipalities of the National Institute of Municipal Law Officers; by *Archie L. Walters, M. Tellefson, John H. Lauten, Henry McClernan* and *Everett M. Glenn* for the Cities of Azusa et al., municipal corporations of the State of California; and by *A. L. Wirin* and *Fred Okrand* for the American Civil Liberties Union of Southern California.

PER CURIAM.

The motion of the Pacific Telephone and Telegraph Company et al. to be added as parties appellee is granted. The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.